UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER RODARTE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERCED COUNTY SHERIFFS DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case No.: 1:25-cv-00487-SKO<br><br>**ORDER REGARDING PLAINTIFF'S RESPONSE OF MAY 22, 2025**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 2) |

　　　　Plaintiff Alexander Rodarte, a former county jail inmate and current state prisoner, is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983.

　　　　Following review of Plaintiff's response to the Court's May 5, 2025, Order, the Court finds Plaintiff has made the showing required by § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

　　　　Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The California Department of Corrections is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is GRANTED.

2. **The Director of the California Department of Corrections or designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and case number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Director of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated:    **May 27, 2025**                         /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE