UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER RODARTE,<br><br>Plaintiff,<br><br>v.<br><br>MERCED COUNTY SHERIFFS DEPARTMENT, et al.,<br><br>Defendants. | Case No.: 1:25-cv-00487-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(Doc. 17) |

Plaintiff Alexander Rodarte is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 30, 2025, plaintiff filed a motion to amend complaint/motion for preliminary injunction. Doc. 14. On January 7, 2026, the assigned magistrate judge issued an order denying plaintiff's motion to amend as moot and issued findings and recommendations, recommending that plaintiff's motion for preliminary injunction be denied. Doc. 17. The findings and recommendations provided that any objections were to be filed within 14 days. *Id*. at 5. On January 22, 2026, plaintiff filed objections. Doc. 18.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Plaintiff's objections do not undermine the magistrate judge's findings and

recommendations.  Having carefully reviewed the file, including plaintiff's objections, the Court finds the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1.  The findings and recommendations issued on January 7, 2026, Doc. 17, are adopted in full; and

2.  Plaintiff's motion for preliminary injunction filed October 30, 2025, Doc. 14, is denied.

IT IS SO ORDERED.

Dated:  __February 22, 2026__      _____
                                   UNITED STATES DISTRICT JUDGE

2