# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER RODARTE, | Case No.: 1:25-cv-0487 KES SKO |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | |
| MERCED COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | Doc. 24 |

Alexander Rodarte asserts that he suffered violations of his civil rights while he was housed at the Sandy Mush Jail in Merced. Doc. 1. He seeks to hold the defendants liable pursuant to 42 U.S.C. § 1983. *Id.* The magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915A(a). The magistrate judge found Rodarte failed to state cognizable claims and directed him to file any amended complaint within 21 days. Doc. 15. After Rodarte did not respond to the order, the magistrate judge issued an order to show to cause, directing Rodarte to file a written response as to why the action should not be dismissed, and warning him that failure to respond would result in a recommendation of dismissal. Doc. 19 at 2-3. Again, Rodarte did not respond to the order.

On March 26, 2026, the magistrate judge issued findings and recommendations, incorporating the findings of the Screening Order and recommending dismissal for failure to state a claim. Doc. 24 at 2-11. The magistrate judge also found Rodarte failed to obey the Court's

orders and failed to prosecute, due to his failure to respond in any manner to the Screening Order and Order to Show Cause. *Id.* at 12. The magistrate judge found terminating sanctions were appropriate after considering the factors identified by the Ninth Circuit in *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986), and recommended dismissal without prejudice. *Id.* at 12-14. The Court served the findings and recommendations on Rodarte and informed him that any objections were due within 14 days. *Id.* at 14-15. Rodarte did not file objections and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the file, the Court concludes the findings and recommendations are supported by the record and proper analysis. Rodarte failed to state a cognizable claim in the complaint, and he has not taken any action to further prosecute his claims or to respond to the Court. The Court **ORDERS**:

1. The amended findings and recommendations issued on March 26, 2026 (Doc. 24) are **ADOPTED** in full.

2. This action is **DISMISSED** without prejudice.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   April 21, 2026

_____
UNITED STATES DISTRICT JUDGE